FILED: January 24, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4433
(5:19-cr-00135-FL-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

JOHN ELWOOD TYRONE MARTIN

      Defendant - Appellant

_____

O R D E R

_____

The court grants the motion to suspend briefing pending resolution of the motion for summary disposition, in part, and to dismiss appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk